ANTHONY SASKEL, RECEIVER, APPELLANT, v. HARRY
WEINBERGER, RESPONDENT.

Submitted October 25, 1940—Decided January 3, 1941.

For the appellant, *Nathan Baker*.

For the respondent, *Edward Zubalsky*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE,
DONGES, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAF-
FERTY, HAGUE, JJ. 11.

*For reversal*—None.